**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 11-7336**

———————————

T. TERELL BRYAN,

                    Plaintiff – Appellant,

        v.

DEFENSE TECHNOLOGY US; US ATTORNEY; LINDA HOLMS; DARRELL A.
BASINGER; JANE DOE, Warden or Superintendent; SCDC, all in,

                    Defendants – Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Terry L.  Wooten, District Judge.
(1:10-cv-02834-TLW)

———————————

Submitted:  February 16, 2012        Decided:  February 22, 2012

———————————

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

T. Terell Bryan, Appellant Pro Se.  Julio Cesar Salvador, Jr.,
BAE SYSTEMS PRODUCTS GROUP, Jacksonville, Florida; Edgar Lloyd
Willcox, II, WILLCOX BUYCK & WILLIAMS, PA, Florence, South
Carolina; Edward L. Birk, MARKS GRAY, PA, Jacksonville,
Florida, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

T. Terell Bryan appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bryan v. Defense Tech. US, No. 1:10-cv-02834-TLW (D.S.C. Sept. 23, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED